**Order entered October 1, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00401-CV

### FINANCE OF AMERICA REVERSE, LLC, Appellant

### V.

### CELIA A. HOPKEN, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-16418**

## ORDER

Appellant's brief has not been filed pending the parties' finalization of a settlement agreement. In a status report filed September 27, 2019, appellant informs the Court the settlement "should be wrapped up shortly."

We note appellant's brief was due June 24, 2019, and the parties have been attempting to finalize their agreement since before then. Accordingly, to ensure the timely resolution of his appeal, we **ORDER** appellant to file either a motion to dismiss the appeal or its opening brief no later than October 15, 2019.

/s/    KEN MOLBERG
        JUSTICE